EXHIBIT D

ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

January 25, 2006

Bill Number  67320
File Number 03301-003

Michael Ciccarone
1624 Burke Avenue
Blue Bell, PA 19422

**FOR PROFESSIONAL SERVICES**

Re: State Court Title Actions

Michael Ciccarone

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Postage

| Date | Amount |
|------|--------|
| 07/07/04 | 8.40 |
| 07/07/04 | 19.76 |
| 07/08/04 | 8.40 |
| 07/08/04 | 21.93 |
| 07/13/04 | 2.59 |
| 07/15/04 | 4.20 |
| 07/16/04 | 5.44 |
| 08/05/04 | 2.49 |
| 08/06/04 | 3.78 |
| 08/19/04 | 5.39 |
| 09/10/04 | 3.32 |
| 09/28/04 | 4.93 |
| 10/07/04 | 5.40 |
| 10/07/04 | 10.80 |
| 10/13/04 | 8.84 |
| 10/13/04 | 0.37 |
| 11/02/04 | 0.37 |
| 11/10/04 | 1.29 |
| 12/01/04 | 1.20 |
| 12/07/04 | 0.37 |
| 12/23/04 | 1.66 |
| 12/23/04 | 1.20 |
| 01/03/05 | 0.37 |
| 01/05/05 | 0.37 |
| 01/05/05 | 1.20 |
| 01/05/05 | 1.98 |
| 01/06/05 | 1.94 |
| 01/12/05 | 7.80 |
| 01/13/05 | 0.37 |
| 01/19/05 | 8.88 |
| 01/20/05 | 1.09 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Postage

| Date | | Amount |
|------|---------|------|
| 02/09/05 | | 2.63 |
| 02/10/05 | | 0.37 |
| 02/25/05 | | 0.37 |
| 02/28/05 | | 3.50 |
| 03/01/05 | | 4.56 |
| 03/01/05 | | 0.60 |
| 03/03/05 | | 0.83 |
| 03/04/05 | | 5.53 |
| 03/07/05 | | 0.37 |
| 03/10/05 | | 0.37 |
| 03/10/05 | | 0.60 |
| 03/11/05 | | 1.89 |
| 03/11/05 | | 2.89 |
| 03/14/05 | | 9.75 |
| 03/15/05 | | 1.20 |
| 03/15/05 | | 1.43 |
| 03/17/05 | | 1.20 |
| 03/18/05 | postage | 1.06 |
| 03/21/05 | | 0.74 |
| 03/21/05 | | 1.06 |
| 03/22/05 | postage | 3.00 |
| 03/23/05 | | 3.00 |
| 03/28/05 | | 2.40 |
| 03/29/05 | | 1.20 |
| 03/29/05 | | 4.96 |
| 03/30/05 | | 1.43 |
| 03/30/05 | postage | 1.80 |
| 03/30/05 | postage | 0.74 |
| 04/11/05 | postage | 4.31 |
| 04/19/05 | | 2.26 |
| 04/20/05 | | 0.97 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Postage

| Date | Description | Amount |
|------|-------------|--------|
| 04/20/05 | PETTY CASH---INV #01/05-03/21/05 REPLENISH PETTY CASH - BB - CERTIFIED MAIL 01/05/05 | 2.92 |
| 05/03/05 | | 0.37 |
| 05/12/05 | | 0.74 |
| 05/20/05 | | 0.74 |
| 05/20/05 | | 0.37 |
| 05/25/05 | | 1.66 |
| 05/25/05 | Postage | 22.20 |
| 05/27/05 | | 1.20 |
| 05/31/05 | | 1.20 |
| 06/03/05 | | 1.85 |
| 06/08/05 | | 8.84 |
| 06/08/05 | | 0.37 |
| 06/08/05 | | 0.74 |
| 06/10/05 | | 6.41 |
| 06/13/05 | | 0.37 |
| 06/13/05 | | 1.98 |
| 06/20/05 | | 0.74 |
| 06/24/05 | | 1.94 |
| 06/24/05 | | 1.43 |
| 07/06/05 | | 0.60 |
| 07/08/05 | | 0.37 |
| 07/11/05 | | 0.74 |
| 07/12/05 | | 0.74 |
| 07/13/05 | | 3.14 |
| 07/19/05 | | 0.49 |
| 07/20/05 | | 1.71 |
| 07/21/05 | | 3.32 |
| 07/25/05 | | 0.74 |
| 08/02/05 | | 1.49 |
| 08/05/05 | | 1.57 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Postage

| | |
|---|---|
| 08/22/05 | 0.74 |
| 09/21/05 | 0.60 |
| 09/21/05 | 0.60 |
| 10/20/05 | 0.37 |
| 10/26/05 | 0.37 |
| 11/08/05 | 1.85 |
| 11/18/05 | 1.52 |
| 01/04/06 | 0.37 |
| 01/04/06 | 1.06 |

$291.61

Telephone

| | | |
|---|---|---|
| 06/07/04 | PAETEC COMMUNICATIONS (BB)---INV#1305719 DTD 06/29/04 LONG DISTANCE TELEPHONE CHARGES FOR PERIOD: 05/29-06/28/04. | 0.01 |
| 09/29/04 | PAE TEC COMMUNICATIONS---INV#1387071 DTD 9/29/04 LOCAL/LONG DISTANCE TELEPHONE CHARGES PERIOD: 08/29-09/28/04 | 6.19 |
| 10/29/04 | PAE TEC COMMUNICATIONS (BB)---INV#1414738  DTD 10/29/04 LONG DISTANCE TELEPHONE CHARGES PERIOD: 09/29-10/28/04 - MAK | 0.24 |
| 10/29/04 | PAE TEC COMMUNICATIONS (BB)---INV#1414738  DTD 10/29/04 LONG DISTANCE TELEPHONE CHARGES PERIOD: 09/29-10/28/04 - TNB | 2.59 |
| 11/29/04 | PAE TEC COMMUNICATIONS (BB)---INV#1449968 DTD 11/29/04 LOCAL/LONG DISTANCE TELEPHONE SERVICE PERIOD: 10/29-11/28/04 | 0.01 |
| 11/29/04 | PAE TEC COMMUNICATIONS (BB)---INV#1449968 DTD 11/29/04 LOCAL/LONG DISTANCE TELEPHONE SERVICE PERIOD: 10/29-11/28/04 | 0.96 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Telephone

| | | |
|---|---|---|
| 12/29/04 | PAE TEC COMMUNICATIONS (BB)---INV#1493314 DTD 12/29/04 LONG DISTANCE TELEPHONE SERVICES PERIOD: 11/29-12/28/04 | 0.40 |
| 01/29/05 | PAE TEC COMMUNICATIONS (BB)---INV#1528911 DTD 01/29/05 LONG DISTANCE TELEPHONE SERVICE PERIOD: 12/29/04-01/28/05 | 2.80 |
| 03/02/05 | PAE TEC COMMUNICATIONS (BB)---INV#1575478 DTD 03/02/05 LOCAL/LONG DISTANCE TELEPHONE CHARGES PERIOD: 01/29-02/28/05 | 0.06 |
| 03/02/05 | PAE TEC COMMUNICATIONS (BB)---INV#1575478 DTD 03/02/05 LOCAL/LONG DISTANCE TELEPHONE CHARGES PERIOD: 01/29-02/28/05 | 0.16 |
| 03/29/05 | PAE TEC COMMUNICATIONS---INV#1599330 DTD 03/29/05 LOCAL/LONG DISTANCE TELEPHONE CHARGES PERIOD: 03/01-03/28/05 | 0.84 |
| 04/30/05 | PAE TEC COMMUNICATIONS---INV#1635938 DTD 04/30/05 LOCAL/LONG DISTANCE TELEPHONE CHARGES FOR PERIOD: 03/29-04/28/05 | 0.13 |
| 05/29/05 | PAE TEC COMMUNICATIONS---INV#1671993 DTD 05/29/05 LOCAL/LONG DISTANCE TELEPHONE CHARGES PERIOD:04/29-05/28/05 | 0.07 |
| 05/29/05 | PAE TEC COMMUNICATIONS---INV#1671993 DTD 05/29/05 LOCAL/LONG DISTANCE TELEPHONE CHARGES PERIOD:04/29-05/28/05 | 0.08 |
| 06/29/05 | PAE TEC COMMUNICATIONS---INV#1708298 DTD 06/29/05 LOCAL/LONG DISTANCE TELEPHONE SERVICE PERIOD: 05/29-06/28/05 | 0.08 |
| 06/29/05 | PAE TEC COMMUNICATIONS---INV#1708298 DTD 06/29/05 LOCAL/LONG DISTANCE TELEPHONE SERVICE PERIOD: 05/29-06/28/05 | 0.59 |
| 10/29/05 | PAE TEC COMMUNICATIONS (BB)---INV#1855385 DTD 10/29/05 LONG DISTANCE TELEPHONE CHARGES PERIOD:09/29-10/28/05 | 2.56 |

$17.77

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | |
|---|---:|
| 07/01/04 | 36.00 |
| 07/02/04 | 6.00 |
| 07/02/04 | 5.00 |
| 07/02/04 | 15.00 |
| 07/07/04 | 5.50 |
| 07/07/04 | 16.50 |
| 07/07/04 | 137.25 |
| 07/08/04 | 7.50 |
| 07/08/04 | 7.50 |
| 07/13/04 | 9.00 |
| 07/15/04 | 39.75 |
| 07/16/04 | 5.25 |
| 07/20/04 | 16.50 |
| 07/29/04 | 0.50 |
| 07/29/04 | 0.25 |
| 07/29/04 | 25.00 |
| 07/30/04 | 0.50 |
| 07/30/04 | 0.75 |
| 07/30/04 | 28.75 |
| 07/30/04 | 1.00 |
| 07/30/04 | 1.75 |
| 07/30/04 | 28.50 |
| 07/30/04 | 1.00 |
| 08/03/04 | 5.50 |
| 08/05/04 | 0.25 |
| 08/05/04 | 14.50 |
| 08/05/04 | 13.50 |
| 08/09/04 | 1.50 |
| 08/09/04 | 2.00 |
| 08/10/04 | 1.00 |
| 08/10/04 | 2.00 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| Date | Amount |
|---|---|
| 08/10/04 | 5.00 |
| 08/10/04 | 5.25 |
| 08/11/04 | 0.25 |
| 08/11/04 | 3.50 |
| 08/11/04 | 13.00 |
| 08/11/04 | 0.25 |
| 08/11/04 | 1.25 |
| 08/11/04 | 0.25 |
| 08/12/04 | 2.75 |
| 08/13/04 | 0.50 |
| 08/16/04 | 13.00 |
| 08/16/04 | 4.50 |
| 08/16/04 | 11.25 |
| 08/17/04 | 16.50 |
| 08/17/04 | 3.50 |
| 08/17/04 | 0.50 |
| 08/17/04 | 9.75 |
| 08/18/04 | 0.50 |
| 08/18/04 | 0.50 |
| 08/18/04 | 0.50 |
| 08/19/04 | 10.25 |
| 08/19/04 | 4.00 |
| 08/19/04 | 3.00 |
| 08/19/04 | 19.50 |
| 08/19/04 | 1.75 |
| 08/20/04 | 0.25 |
| 08/20/04 | 0.50 |
| 08/23/04 | 189.50 |
| 08/23/04 | 15.75 |
| 08/25/04 | 1.00 |
| 08/26/04 | 5.00 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | |
|---|---|
| 08/31/04 | 2.00 |
| 08/31/04 | 11.00 |
| 09/08/04 | 16.50 |
| 09/10/04 | 21.00 |
| 09/14/04 | 0.75 |
| 09/20/04 | 4.50 |
| 09/20/04 | 0.50 |
| 09/20/04 | 0.75 |
| 09/21/04 | 0.25 |
| 09/21/04 | 0.50 |
| 09/22/04 | 0.50 |
| 09/22/04 | 9.00 |
| 09/22/04 | 0.75 |
| 09/23/04 | 9.75 |
| 09/28/04 | 73.50 |
| 09/28/04 | 0.75 |
| 09/30/04 | 3.00 |
| 09/30/04 | 3.25 |
| 10/01/04 | 0.75 |
| 10/01/04 | 2.00 |
| 10/01/04 | 14.25 |
| 10/01/04 | 6.75 |
| 10/04/04 | 0.50 |
| 10/04/04 | 1.00 |
| 10/05/04 | 0.75 |
| 10/06/04 | 1.00 |
| 10/12/04 | 0.25 |
| 10/13/04 | 1.50 |
| 10/13/04 | 1.25 |
| 10/15/04 | 1.25 |
| 10/18/04 | 40.75 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | |
|---|---|
| 10/18/04 | 13.50 |
| 10/18/04 | 4.00 |
| 11/02/04 | 0.75 |
| 11/03/04 | 0.25 |
| 11/03/04 | 12.00 |
| 11/04/04 | 0.75 |
| 11/04/04 | 0.50 |
| 11/08/04 | 0.50 |
| 11/08/04 | 0.25 |
| 11/08/04 | 0.75 |
| 11/11/04 | 0.50 |
| 11/16/04 | 0.25 |
| 11/17/04 | 0.25 |
| 11/23/04 | 1.50 |
| 11/24/04 | 0.50 |
| 12/01/04 | 1.00 |
| 12/01/04 | 1.25 |
| 12/01/04 | 1.00 |
| 12/01/04 | 1.25 |
| 12/07/04 | 0.25 |
| 12/07/04 | 0.50 |
| 12/09/04 | 0.25 |
| 12/23/04 | 0.75 |
| 12/23/04 | 0.50 |
| 12/23/04 | 2.25 |
| 12/23/04 | 8.00 |
| 12/28/04 | 0.50 |
| 01/03/05 | 0.25 |
| 01/04/05 | 2.00 |
| 01/05/05 | 0.75 |
| 01/05/05 | 1.00 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | |
|---|---|
| 01/06/05 | 0.75 |
| 01/06/05 | 3.00 |
| 01/12/05 | 3.50 |
| 01/12/05 | 16.25 |
| 01/13/05 | 0.25 |
| 01/13/05 | 1.00 |
| 01/17/05 | 0.25 |
| 01/20/05 | 0.50 |
| 01/20/05 | 0.75 |
| 01/24/05 | 0.25 |
| 01/25/05 | 0.25 |
| 01/25/05 | 0.25 |
| 01/26/05 | 10.75 |
| 01/26/05 | 15.00 |
| 01/27/05 | 0.50 |
| 01/27/05 | 1.50 |
| 01/28/05 | 0.50 |
| 01/28/05 | 4.00 |
| 01/28/05 | 0.50 |
| 01/28/05 | 2.25 |
| 01/31/05 | 0.25 |
| 02/02/05 | 0.25 |
| 02/02/05 | 0.25 |
| 02/03/05 | 0.50 |
| 02/09/05 | 7.75 |
| 02/09/05 | 0.50 |
| 02/09/05 | 0.50 |
| 02/15/05 | 0.50 |
| 02/15/05 | 0.50 |
| 02/15/05 | 0.25 |
| 02/16/05 | 0.25 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| Date | Description | Amount |
|---|---|---|
| 02/18/05 | | 1.00 |
| 02/24/05 | | 1.50 |
| 02/25/05 | | 66.50 |
| 02/25/05 | | 0.25 |
| 02/25/05 | | 0.50 |
| 02/28/05 | | 28.50 |
| 02/28/05 | | 29.00 |
| 03/01/05 | | 2.25 |
| 03/01/05 | | 0.50 |
| 03/02/05 | | 0.25 |
| 03/03/05 | | 0.25 |
| 03/03/05 | | 0.50 |
| 03/07/05 | | 0.75 |
| 03/09/05 | | 1.50 |
| 03/10/05 | | 0.75 |
| 03/10/05 | | 12.00 |
| 03/10/05 | | 19.00 |
| 03/10/05 | | 0.50 |
| 03/10/05 | TNB---INV#03/10/05 TNB DTD 03/10/05 EXPENSE VOUCHER REIMBURSEMENT CERTIFICATION FEE FOR COPIES OF ORDER OF COURT ON 03/10/05 | 13.50 |
| 03/11/05 | | 0.25 |
| 03/11/05 | | 0.25 |
| 03/11/05 | | 0.50 |
| 03/11/05 | | 15.25 |
| 03/11/05 | | 0.75 |
| 03/11/05 | | 0.25 |
| 03/14/05 | | 1.25 |
| 03/14/05 | | 1.25 |
| 03/14/05 | | 0.25 |
| 03/14/05 | | 0.25 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | |
|---|---|
| 03/15/05 | 1.25 |
| 03/15/05 | 1.75 |
| 03/15/05 | 0.25 |
| 03/16/05 | 0.50 |
| 03/17/05 | 1.25 |
| 03/17/05 | 0.25 |
| 03/17/05 | 22.50 |
| 03/18/05 | 18.00 |
| 03/21/05 | 0.50 |
| 03/21/05 | 0.50 |
| 03/22/05 | 16.00 |
| 03/22/05 | 0.50 |
| 03/28/05 | 8.25 |
| 03/28/05 | 3.00 |
| 03/28/05 | 2.75 |
| 03/29/05 | 3.25 |
| 03/29/05 | 51.25 |
| 03/30/05 | 3.00 |
| 03/30/05 | 0.50 |
| 03/30/05 | 2.75 |
| 03/30/05 | 2.00 |
| 04/11/05 | 1.50 |
| 04/11/05 | 1.50 |
| 04/19/05 | 4.75 |
| 04/19/05 | 6.00 |
| 04/19/05 | 0.50 |
| 04/19/05 | 0.25 |
| 04/20/05 | 1.50 |
| 04/26/05 | 72.50 |
| 05/02/05 | 0.50 |
| 05/04/05 | 0.50 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | |
|---|---|
| 05/12/05 | 1.00 |
| 05/20/05 | 0.50 |
| 05/24/05 | 0.75 |
| 05/25/05 | 0.75 |
| 05/26/05 | 2.25 |
| 05/27/05 | 1.75 |
| 05/31/05 | 2.25 |
| 06/03/05 | 6.00 |
| 06/03/05 | 0.75 |
| 06/03/05 | 0.25 |
| 06/03/05 | 0.75 |
| 06/06/05 | 0.25 |
| 06/06/05 | 1.00 |
| 06/08/05 | 4.25 |
| 06/08/05 | 0.25 |
| 06/09/05 | 1.50 |
| 06/09/05 | 1.00 |
| 06/09/05 | 23.00 |
| 06/09/05 | 5.25 |
| 06/09/05 | 5.00 |
| 06/09/05 | 5.75 |
| 06/09/05 | 0.75 |
| 06/10/05 | 0.50 |
| 06/10/05 | 4.00 |
| 06/13/05 | 1.50 |
| 06/20/05 | 0.75 |
| 06/20/05 | 1.25 |
| 06/20/05 | 0.25 |
| 06/20/05 | 1.50 |
| 06/24/05 | 4.75 |
| 06/24/05 | 1.25 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | |
|---|---:|
| 06/24/05 | 3.50 |
| 06/24/05 | 0.50 |
| 06/30/05 | 11.50 |
| 07/06/05 | 1.25 |
| 07/06/05 | 4.25 |
| 07/08/05 | 15.25 |
| 07/08/05 | 7.25 |
| 07/08/05 | 0.25 |
| 07/11/05 | 1.00 |
| 07/11/05 | 1.00 |
| 07/13/05 | 5.00 |
| 07/13/05 | 3.00 |
| 07/19/05 | 0.50 |
| 07/19/05 | 4.75 |
| 07/20/05 | 1.50 |
| 07/21/05 | 1.50 |
| 07/21/05 | 12.50 |
| 07/25/05 | 1.00 |
| 07/25/05 | 0.50 |
| 08/02/05 | 11.00 |
| 08/05/05 | 2.00 |
| 08/05/05 | 1.50 |
| 08/10/05 | 1.50 |
| 09/21/05 | 2.75 |
| 10/03/05 | 1.00 |
| 10/20/05 | 0.25 |
| 10/26/05 | 0.50 |
| 11/01/05 | 1.00 |
| 11/01/05 | 0.25 |
| 11/01/05 | 0.25 |
| 11/08/05 | 2.00 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying

| | | |
|---|---|---|
| 11/08/05 | 0.50 | |
| 11/08/05 | 2.50 | |
| 11/08/05 | 1.25 | |
| 11/14/05 | 0.75 | |
| 11/18/05 | 1.00 | |
| 12/13/05 | 1.00 | |
| 01/04/06 | 4.00 | |
| | | $1,760.00 |

Messenger

| | | |
|---|---|---|
| 07/06/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0704-25, DTD 07/06/04 DELIVERY SERVICE FOR THE PERIOD: 07/06-07/09/04: SERVICE OF 2 SUBPOENAS (BOTH) ON  CT CORPORATION, PA FOR TNB ON 07/07/04 | 100.00 |
| 08/09/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-11, DTD 08/09/04 DELIVERY SERVICE FOR THE PERIOD: 08/02-08/09/04: FILING/U.S. DISTRICT COURT & JUDGE SHAPIRO, PHILA., PA (FEES & COSTS) FOR MAK ON 08/04/04 | 50.00 |
| 08/09/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-11, DTD 08/09/04 DELIVERY SERVICE FOR THE PERIOD: 08/02-08/09/04: FILING/MONTGOMERY COUNTY PROTHONOTARY, NORRISTOWN, PA (PETITION TO QUASH TITLE) FOR TNB ON 08/05/04 | 30.00 |
| 08/09/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-11, DTD 08/09/04 DELIVERY SERVICE FOR THE PERIOD: 08/02-08/09/04: FILING/MONTGOMERY COUNTY PROTHONOTARY, NORRISTOWN, PA (RULE RETURN DATE) FOR TNB ON 08/05/04 **EVENING | 30.00 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Messenger

| | | |
|---|---|---|
| 08/18/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-52, DTD 08/18/04 DELIVERY SERVICE FOR THE PERIOD: 08/10-08/13/04: FILING/MONTGOMERY COUNTY PROTHONOTARY & COURT ADMINISTRATION, NORRISTOWN, PA (PETITION TO QUASH TITLE) FOR TNB ON 08/11/04 | 30.00 |
| 08/18/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-52, DTD 08/18/04 DELIVERY SERVICE FOR THE PERIOD: 08/10-08/13/04: SERVE SUBPOENA ON HARLEYSVILLE NATIONAL BANK, HARLEYSVILLE, PA (PETITION TO QUASH TITLE) FOR TNB ON 08/11/04 | 75.00 |
| 08/23/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-75, DTD 08/23/04 DELIVERY SERVICE FOR THE PERIOD: 08/13-08/23/04: FILING/MONTGOMERY COUNTY PROTHONOTARY & COURT ADMINISTRATION, NORRISTOWN, PA (PETITION TO QUASH TITLE & RECOGNIZE OWNERSHIP OF AUTOMOBILE) FOR TNB ON 08/19/04 | 30.00 |
| 08/23/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-75, DTD 08/23/04 DELIVERY SERVICE FOR THE PERIOD: 08/13-08/23/04: FILING/MONTGOMERY COUNTY PROTHONOTARY & COURT ADMINISTRATION, NORRISTOWN, PA (PETITION TO QUASH TITLE & RECOGNIZE OWNERSHIP OF AUTOMOBILE) FOR TNB ON 08/18/04 | 30.00 |
| 08/31/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-100, DTD 08/31/04 DELIVERY SERVICE FOR THE PERIOD: 08/23-08/31/04: SERVED SUBPOENA ON GENERAL CASUALTY INSURANCE, PENNSBURG, PA (PETITION TO QUASH TITLE) FOR TNB ON 08/23/04 | 80.00 |
| 08/31/04 | LEGAL EXPRESS SUPPORT SERVICE (BB)---INV #0804-100, DTD 08/31/04 DELIVERY SERVICE FOR THE PERIOD: 08/23-08/31/04: SERVED SUBPOENA ON CT CORPORATION, PHILA., PA (PETITION TO QUASH TITLE) FOR TNB ON 08/23/04 | 50.00 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Messenger

| | | |
|---|---|---|
| 09/24/04 | LEGAL EXPRESS SUPPORT SERVICES---INV#0904-62 DTD 09/24/04 PERIOD: 09/21-09/24/04 HAND DELIVERY SERVICE TO MONTGOMERY COUNTY PROTHONOTARY & COURT ADMINISTRATION (PETITION TO QUASH) FOR TNB ON 09/23/04 | 30.00 |
| 09/30/04 | LEGAL EXPRESS SUPPORT SERVICES---INV#0904-87 DTD 9/30/04 HAND DELIVERY SERVICE PERIOD: 9/27-9/30/04 SERVICE TO: CT CORPORATION SYSTEMS (CHRYSLER CORP) (PETITION TO QUASH TITLE) FOR TNB ON 9/28/04 | 55.00 |
| 07/29/05 | LEGAL EXPRESS SUPPORT SERVICE---INV#0705-84 DTD 07/29/05 HAND DELIVERY SERVICE PERIOD:7/25-7/29/05: SERVE PETITION ON CT CORPORATION (BMW BANK OF NORTH AMERICA), PHILA., PA ON 07/22/05 FOR TNB | 55.00 |

$645.00

Outside Professional Svces

| | | |
|---|---|---|
| 09/01/04 | PA MOTOR VEHICLE REPORTS---INV #3301-001 DTD 09/01/04 PA VEHICLE SEARCH - EVELYN ORTIZ'S ABSTRACTS | 34.00 |
| 09/13/04 | MAGGARD INFORMATION ASSOCIATES---INV #65531, DTD 09/13/04  REQUEST FOR VIN NUMBERS | 17.50 |
| 10/01/04 | PA MOTOR VEHICLE REPORTS---INV#10/01/04 DTD 10/01/04 ABSTRACTS FOR MAZZENGA AND VALERIO | 34.00 |
| 12/01/04 | PA MOTOR VEHICLE REPORTS---INV#3301-003  DTD 12/01/04 11 ABSTRACTS FROM PA MOTOR VEHICLE FOR SET/MAK ON 11/12-11/23/04 | 187.00 |
| 12/08/04 | PA MOTOR VEHICLE REPORTS---INV #3301-003 DTD 12/08/04PA VEHICLE SEARCH FOR JUDITH PAPACH | 17.00 |
| 12/14/05 | PA MOTOR VEHICLE REPORTS---INV #3301-003 DTD 07/11/05 PROFESSIONAL SERVICES - FIVE (5) PA VEHICLE SEARCHES | 75.00 |

$364.50

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Filing Fees

| 07/02/04 | PROTHONOTARY MONTGOMERY COUNTY---INV #3301-003 DTD 07/02/04 FILING FEES | 219.00 |
| 07/02/04 | PROTHONOTARY MONTGOMERY COUNTY---INV #3301-003 DTD 07/02/04 FILING FEES | 219.00 |
| 07/29/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003, DTD 07/29/04 FILING FEES FOR CONYER PETITION | 219.00 |
| 07/30/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003, DTD 07/30/04 FILING FEES FOR CLARK PETITION | 219.00 |
| 08/05/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003, DTD 08/05/04 FILING FEES FOR GIAMBRONE PETITION FOR TITLE | 219.00 |
| 08/12/04 | PROTHONOTARY MONTGOMERY COUNTY---INV #3301-003 DTD 08/11/04 FILING FEES | 219.00 |
| 08/17/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003, DTD 08/17/04 FILING FEES FOR CAMPBELL PETITION | 219.00 |
| 08/18/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003, DTD 08/18/04 FILING FEES FOR MAZZENGA PETITION | 219.00 |
| 08/19/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003, DTD 08/19/04 FILING FEES FOR KOERBEL WHITEHAWK PETITION | 219.00 |
| 09/23/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-001, DTD 09/23/04 FILING FEES RE: KORKIE ULLMAN | 219.00 |
| 09/23/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003, DTD 09/23/04 FILING FEES RE: KILLIAN TURNER | 219.00 |
| 02/25/05 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003 DTD 02/25/05 FILING FEES (LaBOMBARD) | 219.00 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Filing Fees

| | | |
|---|---|---|
| 03/18/05 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003 DTD 03/18/05 FILING FEES FOR PETITION (REED) | 219.00 |
| 06/09/05 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003 DTD 06/09/05 FILING FEES FOR TITLE PETITION | 219.00 |
| | | $3,066.00 |

Facsimile

| | |
|---|---|
| 09/01/04 | 2.00 |
| 09/15/04 | 3.00 |
| 09/21/04 | 27.00 |
| 09/30/04 | 3.00 |
| 09/30/04 | 3.00 |
| 10/05/04 | 1.00 |
| 11/11/04 | 1.00 |
| 12/07/04 | 1.00 |
| 02/28/05 | 3.00 |
| 04/01/05 | 3.00 |
| 05/04/05 | 3.00 |
| 06/10/05 | 2.00 |
| 06/10/05 | 2.00 |
| 06/13/05 | 19.00 |
| 06/13/05 | 8.00 |
| 06/13/05 | 13.00 |
| 06/13/05 | 6.00 |
| 06/13/05 | 5.00 |
| 06/20/05 | 25.00 |
| 07/08/05 | 1.00 |
| | $131.00 |

Computerized Legal Research

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Computerized Legal Research

| Date | Description | Amount |
|---|---|---|
| 05/31/04 | WEST GROUP (BB/HA/SC)---INV #806761241, DTD 05/31/04 WESTLAW LEGAL RESEARCH BY TNB ON 05/20/04 | 0.50 |
| 06/30/04 | WEST GROUP (BB/HA)---INV #806936684, DTD 06/30/04 WESTLAW LEGAL RESEARCH BY TNB ON 06/18/04 | 19.70 |
| 07/31/04 | WEST GROUP (BB/HA)---INV #807107261, DTD 07/31/04 WESTLAW LEGAL RESEARCH BY TNB ON 07/06/04 | 6.89 |
| 08/31/04 | WEST GROUP (BB/HA)---INV #807308745, DTD 08/31/04 WESTLAW LEGAL RESEARCH BY TNB ON 08/02 & 08/19/04 | 21.80 |
| 10/31/04 | WEST GROUP (BB)---INV #807709752 (BB) DTD 10/31/04 WESTLAW LEGAL RESEARCH BY TNB ON 10/04 & 10/18/04 | 33.65 |
| 11/30/04 | WEST GROUP (BB/HA)---INV #807828908 (BB) DTD 11/30/04 WESTLAW LEGAL RESEARCH BY TNB ON 11/01 & 11/05/04 | 35.67 |
| 01/31/05 | WEST GROUP (BB/HA/SC)---INV #808239796 DTD 01/31/05 WESTLAW LEGAL RESEARCH BY TNB ON 01/11/05 (EXCLUDED) | 23.43 |
| 01/31/05 | WEST GROUP (BB/HA/SC)---INV #808239796 DTD 01/31/05 WESTLAW LEGAL RESEARCH BY TNB ON 01/11/05 | 28.77 |
| 02/28/05 | WEST GROUP (BB/HA/SC)---INV #808506746 DTD 02/28/05 WESTLAW LEGAL RESEARCH BY TNB ON 02/17/05 | 3.02 |
| 03/31/05 | WEST GROUP (BB/HA/SC)---INV #808663140 DTD 03/31/05 WESTLAW LEGAL RESEARCH BY MAK ON 03/22/05 | 4.52 |
| 04/30/05 | WEST GROUP (BB/HA/SC)---INV #808853570 DTD 04/30/05 WESTLAW LEGAL RESEARCH BY TNB ON 04/01/05 | 0.53 |

$178.48

Copying Service (Outside)

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Copying Service (Outside)

| | | |
|---|---|---|
| 11/02/04 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003 DTD 11/02/04 CERTIFIED COPIES OF TWO COURT ORDERS ENTERED ON 09/02/04 & 09/16/04 | 9.00 |
| 01/06/05 | PROTHONOTARY - MONTGOMERY COUNTY---INV #3301-003 DTD 01/06/05 CERTIFIED COPIES OF ORDERS ON 10/05/04 & 12/29/04 (TNB--CK #47364) | 9.00 |

$18.00

Express Mail

| | | |
|---|---|---|
| 09/01/04 | FEDERAL EXPRESS CORP (BB)---INV #1981-14865, DTD 09/01/04 OVERNIGHT PACKAGE DELIVERY TO: MVB/EGS&B, HARRISBURG, PA FROM TNB ON 08/25/04 | 11.29 |
| 07/26/05 | FEDERAL EXPRESS (BB)---INV#3-947-20403 DTD 07/26/05 OVERNIGHT PACKAGE DELIVERY TO HON. NORMA L. SHAPIRO, US DISTRICT COURT FOR ED OF PA, PHILADELPHIA, PA ON 07/21/05 FROM MAK | 11.66 |

$22.95

Parking

| | | |
|---|---|---|
| 08/27/04 | MAK---INV #08/27/04 MAK, DTD 08/27/04 EXPENSE VOUCHER - ATTEND MEETING w/CRA COUNSEL IN PHILA., PA ON 08/27/04 | 15.00 |

$15.00

Dockets

| | | |
|---|---|---|
| 10/08/04 | PACER SERVICE CENTER---INV #07/01-09/30/04 DTD 10/08/04 DOCKET RETRIEVAL BY TNB FOR THE PERIOD: 07/01-09/30/04 | 2.24 |
| 10/08/04 | PACER SERVICE CENTER---INV #07/01-09/30/04 DTD 10/08/04 DOCKET RETRIEVAL BY RJH FOR THE PERIOD: 07/01-09/30/04 | 0.56 |

Michael Ciccarone

Re: State Court Title Actions

**Reimbursement for out of pocket expenses**

Through January 25, 2006

Dockets

| | | |
|---|---|---|
| 01/10/05 | PACER SERVICE CENTER---INV#10/01-12/31/04 DTD | 1.33 |
| | 01/10/05 DOCKET RETRIEVAL - PERIOD: 10/01-12/31/04 | |

$4.13